# EXHIBIT 8



Kevin Christopher Mail - Rich Froning Fitness Contract

# Rich Froning Fitness Contract

**Andrew Ettinger** <andrew@justmeats.com>  Tue, Jun 25, 2024 at 5:02 PM
To: Kevin Christopher <kevin@rockridgelaw.com>
Cc: Rory Mckernan <rory@mayhemnation.com>

Kevin,

Just sent you the tracker of all sales.

Here's the link as well:

**docs.google.com**

As for the numbers for those links, I sent a message requesting that info from our CMO.

As for the rest, I asked Jody. That is not info that I have.

As I explained in my emails to the others, we are set to receive a very large funding this week, and all past debts and business expenses will immediately be paid between next week and mid July and the funding is arriving in 3 payments.

There is no concern moving forward as there is plenty more in the funding to support our growth for the next foreseeable future (years), as it is a large round. Jody still maintains complete control over the company as a result.

Our Feastbox locations had a plan, however those don't always go as planned, and I can promise that Jody told you the truth at that time, as the plans to sale and sunless each and every location didn't work out that way.

I was trying to be as transparent as possible by letting you know before hand, and hopefully this is all cleared up relatively soon.

I can share more as I get more.

Thanks,

Andrew Ettinger
Chief Growth Officer
www.JustMeats.com
M: 619-651-6157

Sent from my iPhone

On Jun 25, 2024, at 3:20 PM, Kevin Christopher <kevin@rockridgelaw.com> wrote:

Andrew,

I've received notice from Rory that there has been a delay in payment on the RFF contract, attached here for reference. That contact was executed with Feast Box, LLC, registered as Entity 12240791-0160 with the State of Utah and using a dba as Quickfresh and Just Meats.

As a result of this notice, I ran a quick litigation search and have found that there are several highly relevant litigations, including:

- Case No. 230907313, in Salt Lake County, with a proposed order of $94,348.92 against Quickfresh along with interest and attorneys' fees. Apparently, Quickfresh failed to pay a settlement that it had agreed to pay by February 28.
- Case No. 2024-cv-31028, in the District Court of Denver, filed April 4, with a demand of $396,000 plus interest and fees based on Quickfresh's failure to pay a separate settlement agreement.
- Case No. 2024-cv-31359, in the District Court of Denver, filed May 3, based on a breach of a lease agreement entered into by Quickfresh LLC.
- Case No. 240902984 against Quickfresh LLC, in Salt Lake County, filed 4-16-24.
- Case No. 240902644 against Quickfresh LLC, in Salt Lake County, filed 4-2-24.
- Case No. 240401712 against Quickfresh LLC, in Provo, filed 4-22-24.

When I asked Jody in person in Springville earlier this year about the FeastBox closures, he assured me that everything was under control and that nothing would impact JustMeats. I am highly concerned that the Froning endorsement, and proceeds therefrom, is being used to fund the various litigation defenses and settlements for the FeastBox closures, and that Mr. Rookstool had full knowledge of this plan during our discussion.

While you have stated that you cannot pay amounts currently owed, I believe that you can provide the information below that is necessary for a call that we need to have within the next week.

Please provide to me an immediate accounting of all JustMeats purchases made through the Froning link.

Please provide an immediate accounting of all JustMeats purchases made via the Mayhem Affiliate gym owner promotion.

Please provide the number of views of https://www.instagram.com/stories/highlights/18013749836256456/.

Please provide the number of visits to https://www.justmeats.com/rich-froning.

Please provide the number of visits to https://www.justmeats.com/mayhem-madness.

Please provide a summary of legal expenses made in 2024 related to Quickfresh/FeastBox lease and/or contract litigations, including expenditures made by Quickfresh/FeastBox on Mr. Rookstool's behalf as an individual also named in these various suits.

Finally, please let me know when you are available for a call within the next week.

kind regards,

Kevin Christopher
26 S Rio Grande St
Salt Lake City, UT 84101



Secured by Paubox - HITRUST CSF certified
<Froning_JustMeats Endorsement Agreement 022224.docx.pdf>