# EXHIBIT 11



Kevin Christopher <kevin@rockridgelaw.com>

---

## Notice of Breach w/ Opportunity to Cure
1 message

---

**Kevin Christopher** <kevin@rockridgelaw.com>  Tue, Jul 23, 2024 at 6:36 AM
To: jody@justmeats.com, Andrew Ettinger <andrew@justmeats.com>
Cc: Micah Gonzalez <micah@rockridgelaw.com>
Bcc: Rory Mckernan <rory@mayhemnation.com>

Dear Jody,

I have reviewed your video and discussed internally with the Rich Froning Fitness, LLC ("Mayhem") team. Despite my concerns about what I believe to be a mad dash towards generating revenue to settle lease claims which you personally guaranteed, the Mayhem team wished to extend grace in response to the assurances of your video.

However, since receipt of the video there have been ongoing communications between Andrew and Rory regarding continued delays in expected payment. It is my understanding that Feast Box, LLC ("Just Meats") owes at least $88,806.69 as of July 1.

On June 26, you stated that initial investment funding was actively being wired, and that even though the first tranche was considered a lifeline, influencer checks would be sent out "tomorrow," or June 27.

Under § 2.2(a) of the contract, Just Meats is allowed a 15 day cure period upon notice of breach. This email formally serves as notice of breach under the email notice terms of the contract. Your email and video of June 26 stated that investor checks were being wired the next day. Mayhem has not yet received any payment.

Without any amendment to the terms of the contract, or waiver of rights against any entity and/or individual(s), Mayhem is willing to extend to Just Meats the ability to cure the payment terms of the contract with the following payment schedule:

- $44,403.35, received by August 7.
- $44,403.34, received by August 31.

These payments must be made in addition to any other contractual amounts owed, including but not limited to the August base pay. Failure to pay either the first portion of $44,403.35 by August 7, or the second portion of $44,403.34 by August 31, will constitute failure to cure the contractual breach, and will trigger contract and tort claims that will not be limited to Feast Box, LLC.

As of two days ago, my personal inbox continues to promote Just Meats products branded with Froning Farms. Site pages use the likeness and promotion of Rich Froning and others. The reality is that Just Meats is realizing the benefit of its contracts with Mayhem and Froning Farms without satisfying its obligations.

It is my sincere hope that the contract will be cured and the pursuit of claims rendered unnecessary.

Please confirm receipt of this email at your earliest opportunity. I have copied Andrew as he is the designated point of contact in the contract for legal notices.

respectfully,
Kevin Christopher

--

