IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | | |
|---|---|---|
| **Rich Froning Fitness, LLC** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | **Civil Action No. 2:24-cv-00061** |
| **v.** | ) | |
| | ) | |
| **FeastBox, LLC d/b/a Just Meats,** | ) | |
| **and Jody Rookstool,** | ) | |
| | ) | |
|     **Defendants.** | ) | |

## AMENDED MOTION TO WITHDRAW

Comes now Mark T. Freeman, BPR #16098, and Kristen J. Johnson, BPR #40549, counsel of record for Defendants FeastBox LLC d/b/a Just Meats and Jody Rookstool ("Defendants"), and hereby request this Court's permission to withdraw as counsel. In support of said request, Counsel shows as follows:

1. Defendants agreed to certain financial obligations as part of this counsel's representation. Defendants have failed to abide by those obligations. Defendants' signed retainer agreement allows Counsel's withdrawal under these circumstances.

2. Pursuant to Local Rule 83.01(g), Counsel provided Defendants written notice on December 27, 2024 of their intent to withdraw from the case by January 10, 2025. A copy of such notice is hereby attached as **Exhibit A**.

**Therefore**, Counsel respectfully requests that this Court find their withdrawal appropriate and grant this Motion due to the above mentioned circumstances.

Respectfully submitted,
FREEMAN & FUSON


**/s/ Kristen J. Johnson**
**Mark T. Freeman, Esq. (#16098)**
**Kristen J. Johnson, Esq. (#40549)**
2126 21st Avenue South
Nashville, Tennessee 37212
mark@freemanfuson.com
kristen@freemanfuson.com
Phone: 615-298-7272
Fax: 615-298-72
*Attorneys for Defendants*


# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing has been forwarded via email and/or the Court's e-filing system to the following on January 13, 2025:

Kevin Christopher
Rockridge Law
1090 Center Drive
Park City, UT 84098
kevin@rockridgelaw.com
*Attorney for Plaintiff*

Feastbox, LLC d/b/a Just Meats
Jody Rookstool
676 W Spring Creek Place
Springville, UT 84663
jody@justmeats.com
*Defendants*

**/s/ Kristen J. Johnson**
Kristen J. Johnson, Esq.