

**Kevin Christopher <kevin@rockridgelaw.com>**

# Interrogatory Responses

**Kristen Johnson** <kristen@freemanfuson.com>                                                                 Mon, Jan 6, 2025 at 2:04 PM
To: Kevin Christopher <kevin@rockridgelaw.com>
Cc: Mark Freeman <mark@freemanfuson.com>, Micah Gonzalez <micah@rockridgelaw.com>

Kevin,

Thanks. I am talking to the client about the settlement offer and hope to have an answer for you soon.

Kristen Johnson, Esq.
Freeman & Fuson
2126 21st Avenue South
Nashville, Tennessee 37212
Office: 615-298-7272
Fax: 615-298-7274
kristen@freemanfuson.com

**From:** Kevin Christopher <kevin@rockridgelaw.com>
**Sent:** Monday, January 6, 2025 4:55 PM
**To:** Kristen Johnson <kristen@freemanfuson.com>
**Cc:** Mark Freeman <mark@freemanfuson.com>; Micah Gonzalez <micah@rockridgelaw.com>
**Subject:** Interrogatory Responses

[Quoted text hidden]

 Secured by Paubox - HITRUST certified